**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 14, 2022

Mr. Kirk A. Caraway
Allen, Summers, Simpson, Lillie & Gresham
80 Monroe Avenue
Suite 650
Memphis, TN 38103

Ms. Tannera George Gibson
Burch, Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103

Mr. Robb S. Harvey
Waller Lansden
511 Union Street
Suite 2700
Nashville, TN 37219

Mr. Theodore Iver Jones
Jones & Garrett Law Firm
2670 Union Avenue, Ext.
Suite 1200
Memphis, TN 38104

Mr. Christopher C. Kearney
Keker, Van Nest & Peters
633 Battery Street
San Francisco, CA 94111-1809

Ms. Quynh-Anh Dang Kibler
Waller Lansden
511 Union Street
Suite 2700
Nashville, TN 37219

Mr. David H. Kramer
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mr. Michael Anthony Malone
Polsinelli
401 Commerce Street
Suite 900
Nashville, TN 37219

Mr. John W. Peterson
Polsinelli
401 Commerce Street
Suite 900
Nashville, TN 37219

Ms. Sarah Elizabeth Stuart
Burch, Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103

Re: Case No. 22-5308, *5G Corporation, et al v. Sprint Communications Company, L.P., et al*
Originating Case No. : 2:21-cv-02350

Dear Counsel,

This appeal has been docketed as case number **22-5308** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **April 28, 2022**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|              |                                                              |
|--------------|--------------------------------------------------------------|
|              | Appearance of Counsel                                        |
| Appellant:   | Civil Appeal Statement of Parties & Issues                   |
|              | Disclosure of Corporate Affiliations                         |
|              | Application for Admission to 6th Circuit Bar (if applicable) |

|            |                                                              |
|------------|--------------------------------------------------------------|
|            | Appearance of Counsel                                        |
| Appellee:  | Disclosure of Corporate Affiliations                         |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                                        Sincerely yours,

                                                        s/C. Anthony Milton
                                                        Case Manager
                                                        Direct Dial No. 513-564-7026

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 22-5308

5G CORPORATION; AMELIA VAUGHN

    Plaintiffs - Appellants

v.

SPRINT COMMUNICATIONS COMPANY, L.P.; APPLE, INC.; GOOGLE, LLC; MICROSOFT CORPORATION; FACEBOOK PAYMENTS, INC.

    Defendants - Appellees