UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-5308**

Case Title: **5G Corporation, et al** vs. **Sprint Communications LP et al**

List all clients you represent in this appeal:

> 5G Corporation
> Amelia Vaughn

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Ted I. Jones**     Signature: s/ **Ted I. Jones**

Firm Name: **Ted I. Jones, Attorney**

Business Address: **2670 union Avenue Extended, Suite 1200**

City/State/Zip: **Memphis, TN  38112**

Telephone Number (Area Code): **(901) 568-2292**

Email Address: **Dtedijones@aol.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---