No. 22-5308

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| 5G CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| AMELIA VAUGHN, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) MOTION FOR WITHDRAWAL |
| | ) OF WALLER LANSDEN |
| SPRINT COMMUNICATIONS | ) DORTCH & DAVIS, LLP |
| COMPANY, L.P.; APPLE, INC.; | ) AND FOR SUBSTITUTION OF |
| GOOGLE LLC; MICROSOFT | ) BRYAN CAVE LEIGHTON |
| CORPORATION; FACEBOOK | ) PAISNER LLP AS COUNSEL |
| PAYMENTS, INC., | ) FOR APPELLEE GOOGLE LLC, |
| | ) AND NOTICE OF APPEARANCE |
| Defendants-Appellees. | ) |

Undersigned Waller Lansden counsel moves to withdraw the law firm of Waller Lansden Dortch & Davis, LLP and for substitution of the law firm of Bryan Cave Leighton Paisner LLP as counsel for Appellee Google LLC. As grounds, the law firm of Waller Lansden Dortch & Davis, LLP is merging with another law firm, which requires this action. Accordingly, attorneys Robb S. Harvey, Michael A. Cottone, and Quynh-Anh D. Kibler, all of whom have made an appearance in this case for Google LLC, must withdraw as counsel. Google LLC has approved this action, and the law firm of Bryan Cave Leighton Paisner LLP hereby moves to substitute as counsel and enter its appearance on Google LLC's behalf.

4871-3198-2673

1

Accordingly, undersigned counsel respectfully requests that this Motion for Withdrawal of Waller Lansden Dortch & Davis LLP and for Substitution of Bryan Cave Leighton Paisner LLP as Counsel for Appellee Google LLC be granted.

                Respectfully submitted,

                s/ Robb S. Harvey
                Robb S. Harvey
                Michael A. Cottone
                Quynh-Anh D. Kibler
                WALLER LANSDEN DORTCH & DAVIS, LLP
                511 Union Street, Suite 2700
                Nashville, Tennessee 37219
                Telephone: (615) 244-6380
                robb.harvey@wallerlaw.com
                michael.cottone@wallerlaw.com
                qa.kibler@wallerlaw.com

                *Withdrawing Counsel for*
                *Appellee Google LLC*

                s/ Eric Schroeder
                Eric P. Schroeder
                Bryan Cave Leighton Paisner LLP
                One Atlantic Center, 14th Floor
                1201 W. Peachtree St., N.W.
                Atlanta, Georgia 30309-3471
                Telephone: (404) 572-6600
                eric.schroeder@bclplaw.com

                *New Counsel for Appellee Google LLC*

4871-3198-2673

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

I hereby certify that this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 151 words.

This document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman and set in plain, Roman style.

s/ Robb S. Harvey

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2023, a copy of the foregoing was filed and served electronically, via the Court's electronic filing system, upon all parties indicated on the electronic filing receipt. Parties may gain access to this filing through the Court's electronic filing system.

s/ Robb S. Harvey

4871-3198-2673